UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE SHAFER, ) | 1:07-CV-01284-LJO-SMS |
| ) | |
| Plaintiff, ) | ORDER DISCHARGING ORDER TO SHOW |
| ) | CAUSE (DOCS. 5, 17) |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF AN |
| ) | EXTENSION OF TIME TO FILE |
| MICHAEL J. ASTRUE, ) | PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

Because Plaintiff has responded to the Court's order to show cause, which issued on May 20, 2008, and further has set forth facts demonstrating an excuse for Plaintiff's failure to file a timely opening brief, the order to show cause that issued from this Court on May 20, 2008, IS DISCHARGED.

1

Further, pursuant to the agreement of the parties and the request of Plaintiff contained in the declaration in response to the order to show cause, Plaintiff IS GRANTED an extension of time to file the opening brief no later than June 30, 2008.

IT IS SO ORDERED.

**Dated:   June 4, 2008**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE